**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUINNESS OHAZURUIKE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLARK COUNTY, NEVADA, )<br>)<br>Defendant. )<br>_____ ) | 2:13-cv-02300-RCJ-VCF<br><br>**ORDER** |

    Plaintiff is an attorney licensed in Nevada who has sued Clark County for national origin discrimination and age discrimination under Title VII.  Defendant has moved to dismiss the second claim, noting that age discrimination may only be pursued under the Age Discrimination in Employment Act ("ADEA"), not under Title VII.  Plaintiff has countered by proposing to amend the Complaint.  The Court grants both motions.

///

///

///

///

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 5) is GRANTED, with leave to amend.

IT IS FURTHER ORDERED that the Motion to Amend (ECF No. 9) is GRANTED, and the Clerk shall DETACH and FILE the proposed first amended complaint at ECF No. 8-1 as the "First Amended Complaint."

IT IS SO ORDERED.

Dated this 12th day of February, 2014.

_____
ROBERT C. JONES
United States District Judge