WALTER R. CANNON, ESQ.
Nevada Bar #001505
PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GUINNESS OHAZURUIKE,

   Plaintiffs,

vs.

CLARK COUNTY NEVADA, a Political Sub-Division of the State of Nevada,

   Defendant.

CASE NO.  2:13-CV-2300-RCJ-VCF

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice; that no trial setting

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

or scheduling order is on file herein; and, that each party is to bear their own costs and attorneys' fees.

DATED this 22 day of April, 2014.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By _____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

By _____ 3/29/14
GUINNESS OHAZURUIKE, ESQ.
7465 W. Lake Mead Blvd., #100
Las Vegas, Nevada 89128
Plaintiff in Proper Person

ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

Dated this 12th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By _____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants